UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceeding Under Chapter 7 |
| | ) | |
| AMY SLIFER | ) | |
| | ) | CASE NO. 16-60473 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

## ORDER ON TRUSTEE'S FINAL REPORT, ABANDONMENT OF PROPERTY APPLICATION FOR COMPENSATION, OBJECTIONS TO CLAIMS AND PROPOSED DISTRIBUTION

THIS MATTER having come before the Court on Notice of Trustee's Final Report, Abandonment of Property, hearing on Application for Compensation and Objections to Claims, if any, and the Court being fully advised in the premises.

IT IS ORDERED that the Trustee's Final Report is approved, Applications for Compensation as presented are approved, Objections to Claims are sustained and property not heretofore administered is deemed abandoned.

IT IS FURTHER ORDERED that the Trustee's Proposed Dividend Distribution, a copy of which is attached and incorporated by reference herein, including the payment of all administrative expenses approved by this Court be and hereby is approved.

In accordance with Bankruptcy Rule 3010, the Trustee will not issue any dividend check in an amount less than $5.00. Creditors wishing to claim and receive their dividend of less than $5.00 are to submit a letter requesting same to the U.S. Bankruptcy Court, Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.

Trustee shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: September 13, 2017

/s/ Laura K. Grandy
_____
UNITED STATES BANKRUPTCY JUDGE 22

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | | | |
|---|---|---|---|---|
| **Trustee Name:** | Robert T. Bruegge | | **Distribution Date:** | 06/12/2017 |
| **Case Number:** | 16-60473-LKG | | **Distribution Amt:** | $4,622.58 |
| **Case Name:** | SLIFER, AMY R. | | **Tax ID:** | 616580126 |
| **Claims Bar Date:** | 05/01/2017 | | **Date:** | 6/13/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| Beginning Balance | | | | | | | | $4,622.58 |
| | ROBERT T. BRUEGGE 130 N. Main Street Edwardsville IL 62025 | Trustee Compensation | 2100-000 | $1156.03 | $0.00 | $0.00 | $1,156.03 | $3,466.55 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Compensation | | | | $1,156.03 | $0.00 | $0.00 | $1,156.03 | |
| | ROBERT T. BRUEGGE 130 N. Main Street Edwardsville IL 62025 | Trustee Expenses | 2200-000 | $71.90 | $0.00 | $0.00 | $71.90 | $3,394.65 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Expenses | | | | $71.90 | $0.00 | $0.00 | $71.90 | |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 980830788 | Payments to Unsecured Credit Card Holders | 7100-900 | $917.77 | $0.00 | $0.00 | $151.55 | $3,243.10 |
| | Percent Paid: 16.51% | Notes: (1-1) Money Loaned | | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 282721083 | Payments to Unsecured Credit Card Holders | 7100-900 | $2378.58 | $0.00 | $0.00 | $392.78 | $2,850.32 |
| | Percent Paid: 16.51% | Notes: | | | | | | |
| 3 | CAPITAL ONE, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 193550701 | Payments to Unsecured Credit Card Holders | 7100-900 | $3512.16 | $0.00 | $0.00 | $579.96 | $2,270.36 |
| | Percent Paid: 16.51% | Notes: | | | | | | |
| Sub-Totals: Payments to Unsecured Credit Card Holders | | | | $6,808.51 | $0.00 | $0.00 | $1,124.29 | |
| 4 | ST. ANTHONY'S MEMORIAL HOSPITAL C/O THE LAW OFFICES OF JAY B. UMANSKY PC 12460 OLIVE BOULEVARD SUITE 118 SAINT LOUIS MO 63141 | General Unsecured § 726(a)(2) | 7100-000 | $3576.96 | $0.00 | $0.00 | $590.66 | $1,679.70 |
| | Percent Paid: 16.51% | Notes: (4-1) HOSPITAL BILL | | | | | | |
| Sub-Totals: General Unsecured § 726(a)(2) | | | | $3,576.96 | $0.00 | $0.00 | $590.66 | |

Page No: 1

## PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| **Trustee Name:** Robert T. Bruegge | **Distribution Date:** | 06/12/2017 |
| **Case Number:** 16-60473-LKG | **Distribution Amt:** | $4,622.58 |
| **Case Name:** SLIFER, AMY R. | **Tax ID:** | 616580126 |
| **Claims Bar Date:** 05/01/2017 | **Date:** | 6/13/2017 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| 5 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090 | Payments to Unsecured Credit Card Holders | 7100-900 | $9285.43 | $0.00 | $0.00 | $1,533.31 | $146.39 |
| | Percent Paid: 16.51% | Notes: (5-1) 6204 | | | | | | |
| | Sub-Totals: Payments to Unsecured Credit Card Holders | | | $9,285.43 | $0.00 | $0.00 | $1,533.31 | |
| 6 | SYNCHRONY BANK<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | General Unsecured § 726(a)(2) | 7100-900 | $886.51 | $0.00 | $0.00 | $146.39 | $0.00 |
| | Percent Paid: 16.51% | Notes: | | | | | | |
| | Sub-Totals: General Unsecured § 726(a)(2) | | | $886.51 | $0.00 | $0.00 | $146.39 | |
| | | **TOTALS:** | | $21785.34 | $0.00 | $0.00 | $4,622.58 | |