# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Amy R. Slifer

      Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−8980

In Proceedings Under Chapter 7

BK 16−60473−lkg

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Robert T Bruegge is discharged as Trustee in this cause and the sureties on the Trustee's bond are released from further liability in this case.

The chapter 7 case of the above named debtor is closed.

ENTERED: December 6, 2017                                 /s/ Laura K. Grandy
                                                                            UNITED STATES BANKRUPTCY JUDGE